IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven B Jacobs,<br><br>    Plaintiff,<br><br>v.<br><br>Oscar B Jones, et al.,<br><br>    Defendants. | No. CV-25-03428-PHX-SMB<br><br>**ORDER** |

The Court has considered Plaintiff Steven B. Jacobs' Motion for Alternative Service (Doc. 17), the supporting declarations and exhibits, and the record in this action. Good cause appearing,

**FINDINGS**

1. Plaintiff has demonstrated that personal service on Defendant **Trianna S. Begum** is impracticable within the meaning of Arizona Rule of Civil Procedure 4.1(k).
2. Plaintiff has exercised reasonable diligence in attempting to locate and personally serve Defendant Begum, including the use of professional investigators and licensed process servers, and such efforts have been unsuccessful.
3. The record establishes that Defendant Begum has concealed her whereabouts and relied on transient lodging, rendering traditional personal service extremely difficult and unreasonably burdensome.
4. The proposed methods of alternative service are reasonably calculated to provide

Defendant Begum with actual notice of this action and satisfy the requirements of Federal Rule of Civil Procedure 4(e)(1), Arizona Rule of Civil Procedure 4.1(k), and constitutional due process.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Alternative Service is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is authorized to serve Defendant **Trianna S. Begum** by the following alternative means:

1. **By Electronic Mail:**

    Sending the summons, complaint, and this Order to Defendant Begum's verified email address.

2. **By U.S. Mail:**

    Mailing the summons, complaint, and this Order, via U.S. Mail, to Defendant Begum's last-known addresses in:

    - Henderson, Nevada; and
    - Santa Barbara, California.

**IT IS FURTHER ORDERED** that Plaintiff shall complete the above-described alternative service within **three days** of entry of this Order.

**IT IS FURTHER ORDERED** that service on Defendant Trianna S. Begum shall be deemed **complete** upon Plaintiff's completion of the authorized email transmission and mailings described herein.

Dated this 15th day of December, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge